OPINION AND JUDGMENT ENTRY
On August 3, 1999, relator, Milton G. Hollowell III, petitioned the court for a writ of mandamus ordering respondent, Judge Robert Christiansen, to rule on relator's January 9, 1998 "MOTION FOR RESENTENCING." On August 11, 1999, we issued an alternative writ directing that respondent rule on relator's motion or show cause why such a ruling is unnecessary.
Respondent now replies with a "MOTION TO DISMISS" to which is attached a copy of the court's judgment entry denying relator's motion. Respondent suggests that since relator has performed the duty relator sought, his petition is moot and should be dismissed.
On consideration, we find respondent's motion well-taken. Relator's petition for a writ of mandamus is, hereby, dismissed at respondent's costs.
 _______________________________ James R. Sherck, J.
 _______________________________ Richard W. Knepper, J.
 _______________________________ Mark L. Pietrykowski, J.
CONCUR.